■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEIL THOMAS HOLD-RIDGE, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Appeal from an order of the Supreme Court at Special Term which denied, without a hearing, petitioner's application for a writ of

habeas corpus. Order unanimously affirmed, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.